# BSMH

## BURKE, SCOLAMIERO, MORTATI & HURD, LLP

*Attorneys and Counselors at Law*

Kevin P. Burke
Peter M. Scolamiero
Thomas J. Mortati*
Jeffrey Earl Hurd**
Melissa J. Smallacombe
Thomas A. Cullen
Peter P. Balouskas***
Judith B. Aumand

Adam C. Hover
Elijah J. Summersell
Jessica L. Darrow
Jessica A. Rounds****
Heather L. Pollock

Of Counsel:
Thomas J. Wilkinson

* Also Admitted in CT
** Also Admitted in MN
*** Also Admitted in NJ
**** Also Admitted in MA

7 Washington Square
P.O. Box 15085
Albany, NY 12212-5085
518.862.1386
518.862.1393 *fax*

107 West Liberty Street
Rome, NY 13440
315.336.3604

437 East Allen Street
Hudson, NY 12534
518.671.6004
518.671.6008 *fax*

www.bsmhlawfirm.com

*Please Respond to
 Albany Office

September 8, 2017

**<u>Via Electronic Filing</u>**
Honorable Christian F. Hummel
U.S. District Court
Northern District of New York
445 Broadway, Room 441
Albany, New York 12207-2974

Re:   <u>Albany Airport HIE, LLC v. Hanover Insurance Group, et. al.</u>
       Case No.:    1:17-CV-554 DNH/CFH
       Our File No.: 161.012

Dear Magistrate Hummel:

Please be advised that the mediation has been scheduled for Wednesday, October 25, 2017 at 11:00 a.m. at my Albany office regarding the above-entitled matter.

Should Your Honor require anything further, please do not hesitate to contact me.

Very truly yours,

BURKE, SCOLAMIERO, MORTATI & HURD, LLP

By: _____
     JEFFREY EARL HURD, ESQ.
     E-Mail: Jeff@bsmhlawfirm.com

JEH:mrb

cc:   Robert L. Adams, Esq.
      Martin, Shudt Law Firm
      258 Hoosick Street, Suite 201
      P.O. Box 1530
      Troy, New York 12180

{A0397598.1}

Marianne C. Zack, Esq.
Mura, Storm Law Firm
14 Lafayette Square
930 Rand Building
Buffalo, New York 14203

{A0397598.1}