# MARTIN, SHUDT, WALLACE, DiLORENZO & JOHNSON

ATTORNEYS AT LAW

ROBERT L. ADAMS
*Partner*
(518) 272-6565 x126
Email: radams@martinshudt.com

June 8, 2018

*Filed Electronically*

Hon. Christian F. Hummel
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

  Re: *Albany Airport HIE, LLC et ano. v. Citizens Insurance Company of America*
    *Civil No. 17-CV-554*

Dear Judge Hummel:

  This will report that I have conveyed a confidential settlement demand to counsel for the defendants in this matter in conformance with our appearance before you yesterday.

          Very truly yours,

          Robert L. Adams

RLA/sma
cc: Roy Mura, Esq. – *Via Email*
   400 HIE, LLC – *Via Email*

---

258 Hoosick Street, Suite 201, Troy, New York 12180 * (518) 272-6565 * Fax (518) 272-5573 * www.martinshudt.com